LOUIS FONTANELLA, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Fontanella* v. *N. Y. C. & H. R. R. R. Co.*, 164 App. Div. 941, affirmed.

(Argued May 2, 1917; decided May 22, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action under the Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Through the falling of a manhole cover the plaintiff's leg was injured resulting in its amputation. The complaint was dismissed " on the ground that the evidence fails to establish that a notice under the Employers' Liability Act was served by the plaintiff upon the defendant, stating the time, place and cause of the accident." Plaintiff contended that his statement to defendant's claim agents, consisting of questions and answers reduced to writing and signed by him, was in form and substance the notice required by statute.

*William G. Cooke* and *Howard O. Wood* for appellant.

*Robert A. Kutschbock* and *Alex. S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.　Not voting: CARDOZO, J.